# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   Sheila Ann Jardine                                         Case No.:  05-76916-SCS

                                                                                                                                                            Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Hechts<br>Po Box 66955<br>St Louis, MO  63166 | $17.27 |

Dated: March 29, 2011

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee